**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                              Case No. 11 B 37831

      Angela L Glenn

           Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/16/2011.

2) The plan was confirmed on 11/09/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/09/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/24/2014, 06/26/2014.

5) The case was Converted on 08/22/2014.

6) Number of months from filing to last payment: 33.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,363.07 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$10,363.07** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,538.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $465.18 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,003.18** |

Attorney fees paid and disclosed by debtor:      $300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL Laboratories | Unsecured | 478.00 | 483.82 | 483.82 | 0.00 | 0.00 |
| Aes | Unsecured | 1,029.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | NA | 60.68 | 60.68 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 180.51 | 180.51 | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | NA | 348.15 | 348.15 | 0.00 | 0.00 |
| CBE Group | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| CCB Credit Services Inc | Unsecured | 5,581.00 | NA | NA | 0.00 | 0.00 |
| Chandra Diagnostic Cardiology LTd | Unsecured | 468.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 154.35 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | NA | 248.25 | 248.25 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| Contract Callers Inc | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 2,040.00 | 3,245.00 | 3,245.00 | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | 894.31 | 894.31 | 894.31 | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| DJ Orthopedics | Unsecured | 922.67 | NA | NA | 0.00 | 0.00 |
| Greater Suburban Acceptance Co | Secured | 6,483.90 | 6,483.90 | 6,483.90 | 5,102.01 | 647.16 |
| Heights Auto Workers Credit Union | Unsecured | 2,342.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 2,084.00 | 3,141.21 | 3,141.21 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,446.60 | 734.91 | 734.91 | 610.72 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 4.31 | 4.31 | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 996.00 | 1,000.01 | 1,000.01 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | NA | 229.71 | 229.71 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 2,050.00 | 2,077.60 | 2,077.60 | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 2,474.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 745.00 | 772.82 | 772.82 | 0.00 | 0.00 |
| Overland Bond & Investment Corp | Unsecured | NA | 4,320.08 | 4,320.08 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Overland Bond & Investment Corp | Secured | 17,105.00 | 11,724.52 | 11,724.52 | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 511.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 20.90 | NA | NA | 0.00 | 0.00 |
| Shell | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| State Farm Mutual | Unsecured | 6,209.85 | 6,396.58 | 6,396.58 | 0.00 | 0.00 |
| Texaco Inc | Unsecured | 613.73 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 5,680.00 | 5,895.91 | 5,895.91 | 0.00 | 0.00 |
| Unknown | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $18,208.42 | $5,102.01 | $647.16 |
| **TOTAL SECURED:** | **$18,208.42** | **$5,102.01** | **$647.16** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $734.91 | $610.72 | $0.00 |
| **TOTAL PRIORITY:** | **$734.91** | **$610.72** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$29,298.95** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,003.18 |
| Disbursements to Creditors | $6,359.89 |
| **TOTAL DISBURSEMENTS :** | **$10,363.07** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/22/2014                    By: /s/ Marilyn O. Marshall
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**